1 DIANA M. RUTOWSKI (STATE BAR NO. 233878)
drutowski@orrick.com
2 ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
3 Menlo Park, CA 94025-1015
Telephone: +1 650 614 7400
4 Facsimile: +1 650 614 7401

5 NATHAN SHAFFER (STATE BAR NO. 282015)
nshaffer@orrick.com
6 ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
7 405 Howard Street
San Francisco, CA 94105-2669
8 Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

9
Attorneys for Defendant
10 ALL STOP SMOKE SHOP, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SREAM, INC, a California corporation; and ROOR INTERNATIONAL BV, a Foreign Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ALL STOP SMOKE SHOP, INC.; and DOES 1-10 INCLUSIVE,<br><br>Defendants. | Case No. 2:18-cv-03057-JAM-DB<br><br>**STIPULATION & ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

Pursuant to Eastern District of California Local Rule 144 the Defendant All-Stop Smoke Shop, Inc., and Plaintiffs Sream, Inc. and Roor International BV ("Plaintiffs") hereby stipulate as follows.

The parties have discussed settling this action and reached a preliminary agreement. In order to allow sufficient time to complete settlement discussions and finalize an agreement that will resolve this case without further Court involvement, they stipulate to a 14-day extension to respond to the Complaint. The current response deadline is January 28, 2019, and a 14-day

extension will extend the deadline to February 11, 2019.

The response deadline was extended once previously through stipulation by 28 days. (Dkt. 6). In the event the parties are unable to settle this matter, they do not anticipate requesting further extensions to the response deadline.

Accordingly, the parties respectfully request that the Court grant the stipulated extension of time.

Dated: January 25, 2019                     ORRICK, HERRINGTON & SUTCLIFFE LLP


By: */s/ Nathan Shaffer*
Attorneys for Defendant
ALL STOP SMOKE SHOP, INC.


NEXIO, PC


By: */s/ Imran F. Vakil*
(as authorized January 25, 2019)
Attorneys for Plaintiffs SREAM, INC. and
ROOR INTERNATIONAL BV

# ORDER

Pursuant to the parties' stipulation and good cause appearing, the deadline for Defendant's response to the Complaint is extended to February 11, 2019.

**IT IS SO ORDERED.**

Dated: January 25, 2019

/s/ John A. Mendez
Hon. John A. Mendez
United States District Judge